UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE A. ANTONIEWICZ,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>Defendant. | Case No. CV 05-8234-PA (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1     IT IS ORDERED that Judgment shall be entered (a) approving and adopting
2 this Report and Recommendation; (b) denying Plaintiff's Motion for Summary
3 Judgment and granting Defendant's Cross-Motion for Summary Judgment; and (c)
4 directing that Judgment be entered, affirming the decision of the Commissioner and
5 dismissing this action with prejudice.

8   DATED: July 12, 2008

                                HONORABLE PERCY ANDERSON
                                United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge